SIMERMAN, Respondent, v. SICKLES, Sheriff, Appellant.

(Superior Court of New York City, General Term.   May 1, 1893.)

Appeal from jury term.
Action by Joseph Simerman against Daniel E. Sickles, as sheriff, for the wrong-
ful detention of certain tobacco.   From a judgment for plaintiff entered on a
verdict, and from an order denying a motion for a new trial, defendant appeals.
Affirmed.
Argued before SEDGWICK, C. J., and FREEDMAN, J.

Hays & Greenbaum, (Emanuel J. Meyers, of counsel,) for appellant.
Jacob Manheim, for respondent.

PER CURIAM. The exceptions argued upon the appeal relate to the charge and refusal to charge. They are all fully met by considering them in connection with the whole of the charge. Then there appears to have been no error. Judgment and order affirmed, with costs.